United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **ROBERTO SIFUENTES MARIN,** § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:25-CV-00187 |
| § | |
| **MIGUEL VERGARA, KRISTI NOEM,** § | |
| **PAMELA BONDI, and DAVID COLE,** § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1).

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response and serve their response on Petitioner **no later November 7, 2025**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, he may do so **within seven days** after Respondents file their responses. S. Dist. Tex. L.R. 7.3. Sifuentes Marin names David Cole, Warden of the Rio Grande Processing Center; Miguel Vergara, ICE Field Office Director of the Harlingen Filed Office; Kristi Noem, Secretary of Homeland Security; and Pamela Bondi, Attorney General, as Respondents.

The Clerk of Court is **DIRECTED** to serve copies of the Petition (Dkt. No. 1) and this Order on Respondents via certified mail.

- Respondent David Cole or his designee may be served at 1001 San Rio Boulevard Laredo, TX 78046.
- Respondent Miguel Vergara or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485.
- Respondent Pamela Bondi or her designee may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is

also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1) and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail.

The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1) and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at 11204 McPherson Road, Suite 100A Laredo, Texas 78045 and via certified mail.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on October 23, 2025.

_____
John A. Kazen
United States District Judge