United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **ROBERTO SIFUENTES MARIN,** § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:25-CV-00187 |
| § | |
| **MIGUEL VERGARA, KRISTI NOEM,** § | |
| **PAMELA BONDI, and DAVID COLE,** § | |
| Respondents. § | |

## ORDER

Before the Court is Roberto Sifuentes Marin's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), and Federal Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss and, Alternatively, Motion for Summary Judgment, (Dkt. No. 10).

Based on a review of the briefing, Petitioner's entry history is unclear to the Court. For instance, according to the Petition, Petitioner states that he has resided in the United States since approximately 2000, suggesting that he resided in the country continuously since 2000. (Dkt. No. 1 at 11). However, documents provided by Respondents state that Petitioner entered the United States illegally on January 20, 2002, and was thereafter issued a Voluntary Return to Mexico. (Dkt. No. 10-1 at 2—3).

Also, the Court has been provided conflicting information about Petitioner's criminal history. Petitioner states that he has no criminal history. (Dkt. No. 1 at 12). However, documents provided by Respondents reflect that Petitioner was arrested on July 27, 2025, for driving under the influence of alcohol, and that charges are pending. (Dkt. No. 10-1 at 3).

Accordingly, the Court **ORDERS** Petitioner to file supplemental briefing by **December 19, 2025**, regarding: (1) whether Petitioner has any criminal history; (2) when Petitioner first entered the United States and any subsequent entries; and (3) the status of Petitioner's pending removal proceedings.

It is so **ORDERED**.

**SIGNED** on December 12, 2025.

John A. Kazen
United States District Judge