UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ROBERTO SIFUENTES MARIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-CV-187 |
| | § | |
| MIGUEL VERGARA, KRISTI NOEM, | § | |
| PAMELA BONDI, and DAVID COLE | § | |

## ORDER

On December 12, 2025, the Court ordered Petitioner to file supplemental briefing by December 19, 2025, to clarify information regarding Petitioner's entry history and criminal history. (Dkt. No. 15 at 1). However, as of the date of this Order, Petitioner has failed to file his supplemental brief.

Accordingly, the Court again **ORDERS** Petitioner to file a supplemental brief **no later than January 7, 2026.** In the supplemental brief, Petitioner is **ORDERED** to explain why Petitioner's counsel failed to comply with the Court's order issued on December 12, 2025, (Dkt. No. 15), and provide: (1) whether Petitioner has any criminal history; (2) when Petitioner first entered the United States and any subsequent entries; and (3) the status of Petitioner's pending removal proceedings. **Finally, the Court advises Petitioner that failing to comply with this Court's order may result in Petitioner having to show cause as to why sanctions should not be imposed.**

(signature on next page)

IT IS SO **ORDERED**.

**SIGNED** on this 29th day of December, 2025.

                                                        Christopher dos Santos
                                                      United States Magistrate Judge